# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50159  **Case Name:** Boris Lynn Vaughn
**Set:** 05/27/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Objection to Confirmation filed by Southern Bancorp Bank (Dkt. #29) - AGREED ORDER TO BE SUBMITTED BY RAWLINGS; CALLED IN BY RAWLINGS' OFFICE

Minute Entry Re: (related document(s): [31] Confirmation Hearing) Rawlings to submit an Agreed Order on the Objection filed by Southern Bancorp Bank [29]. Order due by 06/10/2025. Confirmation hearing removed. (mcc)