IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Boris Lynn Vaughn, Debtor                     Case No. 25-50159-KMS
                                                       **CHAPTER 13**

## NOTICE

The undersigned counsel for Debtor has filed papers with the court to approve attorney's compensation.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: April 22, 2025         Signature:   /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer A Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          PO Box 13767
                                          Jackson, MS 39236
                                          601-500-5533
                                          trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Boris Lynn Vaughn, Debtor                              Case No. 25-50159-KMS
                                                                                    **CHAPTER 13**

**FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF NECESSARY EXPENSES**
**FOR THOMAS C. ROLLINS, JR.**

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the debtor, and files this *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On February 5, 2025, Debtor filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

2. The Debtor and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area. T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3. The Rollins Law Firm is holding a retainer in trust in the amount of $ 3,050.00.

4. Throughout our representation of the Debtor herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided. The services provided by the firm were reasonable in view of the circumstances of this case.

5. The time incurred and services provided by the firm since being engaged to initiate the aforementioned Chapter 13 case have resulted in Attorney's fees in the amount of $4,081.00 and expenses in the amount of $463.45 for a total of $4,544.45. A detailed accounting of which is attached hereto as Exhibit "A".

6. This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding.  This request covers the period from November 18, 2024 to April 21, 2025.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtor to pay said attorneys' fees and expenses.  Applicant prays for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>  BORIS LYNN VAUGHN | CASE NO: 25-50159-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/22/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BORIS LYNN VAUGHN

CASE NO: 25-50159-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/22/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/22/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-50159-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE APR 22 11-3-2 PST 2025 | AMERICAN EXPRESS NATIONAL BANK<br>CO ZWICKER  ASSOCIATES  PC<br>80 MINUTEMAN ROAD<br>PO BOX 9043<br>ANDOVER  MA 01810-0943 | PENNYMAC LOAN SERVICES  LLC<br>PO BOX 2410<br>MOORPARK  CA 93020-2410 |
| ~~EXCLUDE~~<br>~~(U)SOUTHERN BANCORP BANK~~ | TD BANK  NA  SUCCESSOR IN INTEREST TO TD A<br>1715 AARON BRENNER DR  SUITE 800<br>MEMPHIS  TN 38120-1445 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ |
| AIDVANTAGE<br>ATTN BANKRUPTCY<br>PO BOX 300001<br>GREENVILLE  TX 75403-3001 | AMERICAN EXPRESS NATIONAL BANK  AENB<br>CO ZWICKER  ASSOCIATES  PC<br>PO BOX 9043<br>ANDOVER  MA 01810-0943 | (P)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| ~~EXCLUDE~~<br>~~(D)(P)AMERICAN HONDA FINANCE~~<br>~~P O BOX 168088~~<br>~~IRVING TX 75016-8088~~ | AMEX<br>PO BOX 981535<br>EL PASO  TX 79998-1535 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| CITI CARD<br>PO BOX 790040<br>ST LOUIS  MO 63179-0040 | JACOB C ZWEIG  ESQ<br>EVANS PETREE PC<br>FOR TD AUTO FINANCE LLC<br>1715 AARON BRENNER DRIVE SUITE 800<br>MEMPHIS  TN 38120-1445 | KIMBERLY D PUTNAM<br>DEAN MORRIS  LLC<br>FOR PENNYMAC LOAN SERVICES  LLC<br>1820 AVENUE OF AMERICA<br>MONROE  LA 71201-4530 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PENNYMAC LOAN<br>PO BOX 514387<br>LOS ANGELES  CA 90051-4387 |
| ~~EXCLUDE~~<br>~~(D)PENNYMAC LOAN SERVICES  LLC~~<br>~~PO BOX 2410~~<br>~~MOORPARK  CA 93020-2410~~ | SCIL  INC<br>15 BULL STREET SUITE 200<br>SAVANNAH  GA 31401-2686 | SOUTHERN BANCORP BANK<br>601 MAIN STREET    ATTN DEBBIE MANNIN<br>ARKADELPHIA  AR 71923-6037 |
| SPEEDY CASH<br>3611 N RIDGE RD<br>WICHITA  KS 67205-1214 | SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | TD BANK  NA<br>CO JACOB ZWEIG  ESQ<br>1715 AARON BRENNER DRIVE  SUITE 800<br>MEMPHIS  TN 38120-1445 |
| TD AUTO FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 9223<br>FARMINGTON HILLS  MI 48333-9223 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | DEBTOR<br>BORIS LYNN VAUGHN<br>99 EVERGLADES<br>HATTIESBURG  MS 39402-9610 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
                                                              EXCLUDE
(P)DAVID RAWLINGS                  JENNIFER A CURRY CALVILLO  THOMAS CARL ROLLINS JR
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE  THE ROLLINS LAW FIRM  THE ROLLINS LAW FIRM  PLLC
PO BOX 566                         702 W PINE ST              PO BOX 13767
HATTIESBURG MS 39403-0566          HATTIESBURG  MS 39401-3836 JACKSON  MS 39236-3767
```