

# The Rollins Law Firm, PLLC

**INVOICE**

Invoice # 7833
Date: 04/22/2025
Due On: 05/22/2025

P.O. Box 13767
Jackson, MS 39236
United States

Boris Lynn Vaughn

## 05679-Vaughn Boris Lynn

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | SA | 12/02/2024 | Incoming Call: Client called with questions about the difference between Ch7 and Ch13. He also advised his significant other would be going to the Hattiesburg location this afternoon to pay the hiring fee. Sent memo to kar to advise. | 0.20 | $0.00 | $0.00 |
| Service | CO | 12/04/2024 | Contact Debtor (Text/Email): Sent and introductory email to debtor with a list of paperwork needed for filing bankruptcy. | 0.10 | $0.00 | $0.00 |
| Service | BM | 12/04/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting their full legal name and social security number to pull their credit report. | 0.10 | $155.00 | $15.50 |
| Service | BM | 12/05/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed email from debtor with full legal name and social security number to pull their credit report. Pulled their credit report and drafted an email with copy for debtor's review | 0.10 | $155.00 | $15.50 |
| Service | CO | 12/10/2024 | Contact Debtor (Text/Email): Drafted email to debtor with instructions to download mystudentdata.txt file for the attorney to review. | 0.10 | $100.00 | $10.00 |
| Service | CO | 12/30/2024 | Contact Debtor (Text/Email): Sent text | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to debtor to verify if we have the right email address. | | | |
| Service | CO | 01/03/2025 | Contact Debtor (Text/Email): Received text from debtor asking if they can go by the Hattiesburg office to sign paperwork and go over his bankruptcy options. Informed debtor the office had several appointments but he could drop off documents in the drop box and I could assist him in setting up an appointment to sign the fee agreement for next week. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/14/2025 | Contact Debtor (Text/Email): Drafted text message to debtor to obtain NSLDS and to have debtor verify his e-mail address. | 0.10 | $0.00 | $0.00 |
| Service | VM | 01/21/2025 | Incoming Call: Debtor called to make appointment today to come to our Hattiesburg office to sign Fee agreement, informed debtor we are not open today due to weather, debtor grew frustrated due to us being closed today and yesterday. Informed debtor yesterday was a holiday and our office is closed today due to weather, and that we may not be open tomorrow. Attempted to schedule appointment for Thursday but debtor said he cannot miss any more days of work, said he will try to esign fee agreement again. | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/23/2025 | In-Office Conference: Document appointment - meeting with debtor to sign fee agreement; provided debtor with a GIP and BQ - answered all questions debtor had about required documents and information; collected copy of driver's license and social security card | 0.40 | $100.00 | $40.00 |
| Service | CO | 02/04/2025 | Incoming Call: Phone conference with debtor regarding their vehicle being repossessed. Gathered that their 2021 Honda Civic was taken Friday January 24,2025 between 3 and 4 AM by Trine Towing. Debtor stated they are also facing a potential eviction. Drafted memo to KAR to review documents in Drop Box. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 02/04/2025 | Review and organize documents provided by debtor: Reviewed and organized GIP, pay, notice of plan to | 0.50 | $100.00 | $50.00 |

Invoice # 7833 - 04/22/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | sell property, and debt cancellation notice provided by debtor via drop off | | | |
| Service | BM | 02/04/2025 | Input Case-prepared emergency case: petition, imported debts, confirmed debtor complete pre petition credit counseling course. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/04/2025 | Input Case - review & revise prepared matrix, petition prepared by bm, research Lexis Public Records | 0.10 | $360.00 | $36.00 |
| Service | KAR | 02/04/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting student loan data | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/04/2025 | Prepare emergency signing docs | 0.20 | $360.00 | $72.00 |
| Service | KAR | 02/04/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine documents needed to file; drafted email to debtor requesting additional GIP information, bank, pay, and tax (1.6 hours, reduced to .8) | 0.80 | $100.00 | $80.00 |
| Service | TR | 02/05/2025 | Conference w/ client to review emergency petition, discuss next steps and the necessity that he file all missing tax returns asap | 0.40 | $360.00 | $144.00 |
| Service | JAC | 02/05/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | KAR | 02/05/2025 | Contact Debtor (Text/Email): Drafted email and text message to debtor providing case number. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/05/2025 | Attempted to call Honda Financial Services - on first call was told I would need to add debtor to the call to verify his information - was unsure of how to do this and informed them I would need to call back through Fuse app on cell phone to do that; called back through Fuse app on cell phone - call was initially answered by a normal representative, then I was transferred to the recovery department, then transferred to the bankruptcy department; upon speaking with the bankruptcy rep she requested debtor's case number and the district in which the case was file - I provided | 0.70 | $100.00 | $70.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the information and she was able to verify that the debtor had in fact filed for BK; bankruptcy representative stated that to get the debtor's vehicle back he would just need to submit a copy of his insurance declaration page showing that he has active full coverage on the vehicle - representative provided contact information for sending insurance document | | | |
| Service | KAR | 02/05/2025 | Call Debtor: Called debtor but did not get an answer; drafted text to debtor informing him that in order to get his vehicle back he would simply need to provide the creditor with the declaration page of his active insurance policy to verify he has full coverage on the vehicle | 0.20 | $100.00 | $20.00 |
| Service | KAR | 02/06/2025 | Contact Debtor (Text/Email): Reviewed related contacts - debtor has one emergency contact listed; drafted text to debtor requesting a 2nd emergency contact | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/06/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine documents needed to file; drafted email to debtor requesting additional GIP information, bank, pay, and tax - informed debtor that the documents were due on 2/11/25 | 0.20 | $100.00 | $20.00 |
| Service | JAC | 02/06/2025 | Review: 25-50159-KMS Meeting of Creditors Chapter 13 Document# 6 | 0.20 | $360.00 | $72.00 |
| Service | KAR | 02/07/2025 | In-Office Conference: Meeting with debtor to collect GIP to complete with all missing information | 0.20 | $100.00 | $20.00 |
| Service | BM | 02/10/2025 | Review: Proof of Claim 25-50159-KMS SCIL, Inc. Document # 1 | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/10/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting his remaining documents | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/10/2025 | Review email from debtor: Reviewed email from debtor's girlfriend providing a copy of the debtor's temporary insurance card; drafted email to debtor's girlfriend informing her that I | 0.10 | $100.00 | $10.00 |

Invoice # 7833 - 04/22/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | would need copy of the declaration page of the insurance policy | | | |
| Service | KAR | 02/10/2025 | Reviewed text from debtor stating that they have been calling and emailing with no response; drafted text to debtor informing him that I had only received the email from his girlfriend today 02-10-2025 at 12:45pm and requested that he inform her that I responded to her email and to contact me back | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/10/2025 | Contact Debtor (Text/Email): Drafted email to debtor informing them of the date and time of their 341 - informed debtors that they have the option to attend in the office or on their own via Zoom | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/10/2025 | Review and organize documents provided by debtor: Reviewed and organized insurance declaration page provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/10/2025 | Drafted email to Honda providing a copy of debtor's proof of insurance and requested confirmation of receipt | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/11/2025 | Added 2nd emergency contact to related contact | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/11/2025 | Review and organize documents provided by debtor: Reviewed and organized additional GIP information provided by debtor via drop off | 0.30 | $100.00 | $30.00 |
| Service | KAR | 02/11/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine documents needed to file; drafted text to debtor requesting additional GIP information, bank, pay, and tax | 0.30 | $100.00 | $30.00 |
| Service | KAR | 02/11/2025 | Review email from debtor: Reviewed email from debtor stating that he would attend his 341 in the Hattiesburg office; scheduled debtor's appointment | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/12/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating that he was driving and could not answer all of the questions I asked him; drafted text to debtor requesting that he get the requested information and | 0.20 | $0.00 | $0.00 |

Invoice # 7833 - 04/22/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | documents to me as soon as possible |  |  |  |
| Service | KAR | 02/12/2025 | Reviewed text from debtor providing additional GIP information | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/12/2025 | Review and organize documents provided by debtor: Reviewed and organized additional GIP information provided by debtor via text | 0.40 | $100.00 | $40.00 |
| Service | KR | 02/12/2025 | Incoming Call: Telephone conference with about debtor's significant other requesting an update on the repossessed car; telephone conference with KAR she is still waiting to hear back from Honda; informed them that KAR is still waiting to hear back from Honda about the insurance; they know where the car is and will call them to see if the car has been released and they can pick up | 0.10 | $155.00 | $15.50 |
| Service | KAR | 02/12/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine documents needed to file; drafted email to debtor requesting BQ, bank, pay, and tax | 0.30 | $100.00 | $30.00 |
| Service | BM | 02/12/2025 | Review: Proof of Claim 25-50159-KMS TD Bank, N.A. Document # 2. Sent to attorney for further review. | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/13/2025 | Incoming Call: Telephone call from debtor stating that the company that was holding his repossessed vehicle informed him that his vehicle was sold and was put up for auction on 2/10; informed debtor that a stop repossession was done no 2/5 so they should not have sold the vehicle - informed debtor I would call the company to get more information and contact him back | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/13/2025 | Called repossession company but they informed me that I would have to have the debtor on the line as well to authorize them to speak with me - informed the representative that I would give them a call back with the debtor on the line | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/13/2025 | Call Debtor: Telephone conference with debtor and repossession | 0.20 | $100.00 | $20.00 |

Invoice # 7833 - 04/22/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | company to have debtor provide the representative with authorization to speak with me regarding his vehicle; I informed representative that a stop repossession was completed with Honda on the 5th - inquired with representative as to why the vehicle was sold; representative stated they never received anything from Honda advising them to hold the vehicle and that they were authorized to send the vehicle to auction - she advised me to contact Honda for additional information | | | |
| Service | KAR | 02/13/2025 | Call Debtor: Telephone conference with debtor and Honda Financial regarding the debtor's vehicle being sold regardless of the stop repo being completed - representative reviewed account and stated that the stop repo was valid and that the vehicle should not have been sold - Honda representative stated that she would contact the repossession company regarding the sell of the vehicle and would call me back once she had more information; I advised debtor's that I would contact them once I heard back from Honda | 0.50 | $100.00 | $50.00 |
| Service | JAC | 02/14/2025 | Review: Proof of Claim 25-50159-KMS TD Bank, N.A. Document # 2 | 0.20 | $0.00 | $0.00 |
| Service | KAR | 02/14/2025 | Review email from debtor: Reviewed email from debtor inquiring on whether I heard back from Honda regarding their vehicle that had been repossessed | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/14/2025 | Drafted email to JC and JAC informing them of the issue regaring the debtor's vehicle that was repossessed; informed them that I confirmed with Honda on 2/5 that the repossession was stop and that the vehicle would be returned to the debtor, but the repossession company out the vehicle up for repossession on 2/10 and sold the vehicle; informed JC and JAC that I spoke with the repossession company and Honda who again confirmed that the repossession was stopped - the Honda representative stated she would contact the repossession | 0.40 | $100.00 | $40.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | company and contact me back but I still have not heard back from Honda | | | |
| Service | KAR | 02/14/2025 | Contact Debtor (Text/Email): Drafted email to debtor informing her that I still had not heard from Honda, but that I informed the paralegal and the attorney regarding the matter | 0.20 | $100.00 | $20.00 |
| Service | KAR | 02/14/2025 | Reviewed vm from Honda stating that the debtor's vehicle has not been sold and she provided a phone number for the debtor to call to schedule an appointment to go and pick up their vehicle | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/14/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing contact number to call to schedule a time to go pick up the vehicle | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/14/2025 | Drafted email to JC and JAC to inform them that I heard back from Honda the vehicle has not been sold | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/17/2025 | Draft motion to extend time to file schedules | 0.20 | $360.00 | $72.00 |
| Service | JC | 02/18/2025 | Prepared Motion to Extend and proposed Order for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 02/18/2025 | Review and organize documents provided by debtor: Reviewed and organized bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/19/2025 | prepare & File AF Disc | 0.20 | $0.00 | $0.00 |
| Service | KAR | 02/20/2025 | Contact Debtor (Text/Email): Reviewed file to determine what documents are still needed; drafted text to debtor requesting pay and tax to be submitted today | 0.20 | $100.00 | $20.00 |
| Service | JAC | 02/20/2025 | Review: Proof of Claim 25-50159-KMS American Honda Finance Corporation Document # 3 | 0.20 | $0.00 | $0.00 |
| Service | KAR | 02/21/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine documents needed to file; drafted email to debtor requesting BQ, bank, pay, and tax (.8 hours reduced to .4) | 0.40 | $100.00 | $40.00 |
| Service | JAC | 02/24/2025 | Prepare schedules, I/J, MT. Calculate | 0.70 | $360.00 | $252.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | income for MT, I. Calculate plan pmt |  |  |  |
| Service | KAR | 02/24/2025 | In-Office Conference: Document drop off appointment - meeting with debtor to collect documents | 0.30 | $100.00 | $30.00 |
| Service | KAR | 02/24/2025 | Review and organize documents provided by debtor: Reviewed and organized BQ provided by debtor via drop off | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/25/2025 | Update & prepare Document: Draft Completion Docs.PDF | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/25/2025 | Review: 25-50159-KMS Notice of Appearance Document# 15 | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/25/2025 | Phone Completion Signing | 0.30 | $360.00 | $108.00 |
| Service | JAC | 02/25/2025 | Make changes to final bk per signing appt notes. Prepare and send to ∆ to review & sign | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/25/2025 | draft notice of amended matrix for added creditor | 0.20 | $360.00 | $72.00 |
| Service | JC | 02/26/2025 | Reviewed Completion documents signed by debtor; prepared schedules, plan, form 122c-1 and 122c-2 for filing with the Court. | 0.30 | $155.00 | $46.50 |
| Service | CO | 02/26/2025 | Contact Debtor (Text/Email): Reviewed chapter to determine plan payments and if direct or wage order. Drafted yellow page email to debtor along with instructions to complete the second credit counseling course and guides to use NDC and TFS. Drafted text to debtor requesting he review and save my email. | 0.10 | $100.00 | $10.00 |
| Service | JC | 02/26/2025 | Reviewed Plan, MOC Notice, Notice of Amendment to Matrix; merged to one document and prepared all from upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/26/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Notice of Amendment to Matrix for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/26/2025 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice; drafted Notice of Filing Plan; drafted memo to JAC attaching same for her review. | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 02/26/2025 | Review and organize documents provided by debtor: Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; reduced to include only the specific dates required by trustee and organized in client's file. Called debtor to request their taxes; debtor stated he worked on it for us and would check his inbox at his next stop and forward. | 0.40 | $100.00 | $40.00 |
| Service | CO | 02/27/2025 | Contact Debtor (Text/Email): Drafted text to debtor with my email address to forward his tax returns. | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/27/2025 | Reviewed documents provided by debtor; uploaded the documents we have to trustee website. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 02/27/2025 | review & approve drafted notice prepared by JC | 0.20 | $360.00 | $72.00 |
| Service | JC | 02/27/2025 | Reviewed memo from JAC approving Notice of Plan; converted to format in preparation for upload to CertificateofService.com adding names and addresses for additional notice parties. | 0.20 | $0.00 | $0.00 |
| Service | JAC | 02/27/2025 | Review: 25-50159-KMS Order Upon Employer Directing Deductions from Pay Document# 21 | 0.10 | $0.00 | $0.00 |
| Service | CO | 02/27/2025 | Contact Debtor (Text/Email): Reviewed wage order and drafted email to debtor with a copy of it and information to make payments and track his bankruptcy online. | 0.10 | $100.00 | $10.00 |
| Service | JC | 02/28/2025 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | CO | 02/28/2025 | Call Debtor: Phone conference with debtor concerning his tax returns. The debtor stated he was having trouble verifying his identity to view his transcripts and would work on it again as soon as he was able to check into | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | his hotel room. Informed I would follow up in the afternoon. | | | |
| Service | JC | 02/28/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/28/2025 | Reviewed Notice of Deficiency; reviewed Amended Matrix executed by debtor; prepared same for filing with the Court. | 0.20 | $0.00 | $0.00 |
| Service | CO | 02/28/2025 | Contact Debtor (Text/Email): Reviewed emails from debtor with 2021 tax transcript and account summary. Drafted text to debtor asking if he was sending 2022 and 2023. | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/04/2025 | Review and organize documents provided by debtor: Reviewed communications with debtor for 2023 and 2022 tax returns. Uploaded 2021 tax transcripts to trustee's website. | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/05/2025 | Call Debtor: Phone conference with debtor to find out why he was not in the meeting of creditors. Informed the debtor he needed to download the zoom app; text debtor the link to the meeting. | 0.20 | $100.00 | $20.00 |
| Service | CO | 03/05/2025 | Incoming Call: Phone conference with debtor stating he jumped off the meeting of creditors because someone else was holding court and he didn't want to invade their privacy. Informed he needed to sign back in, mute his microphone and wait until he was called. | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/05/2025 | Contact Debtor (Text/Email): Reviewed text from debtor with a screenshot of 2022 tax transcript; drafted text response to debtor the screenshot would not work and requested he forward the entire document to my email. | 0.10 | $100.00 | $10.00 |
| Service | TR | 03/05/2025 | Attend Ch 13 Meeting of Creditors David Rawlings | 0.30 | $360.00 | $108.00 |
| Service | JAC | 03/05/2025 | 341 | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/05/2025 | Contact Debtor (Text/Email): Drafted text message to debtor regarding Meeting of Creditors. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 03/06/2025 | Contact Debtor (Text/Email): Reviewed reset meeting of creditors calendar event and turned on text notifications and confirmed he received calendar event text. Drafted letter to debtor with the reset meeting date and meeting id and pass code; emailed it to him. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 03/06/2025 | Review: Proof of Claim 25-50159-KMS PennyMac Loan Services, LLC Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/06/2025 | Review: 25-50159-KMS Updated Claim #4 for Creditor American Express National Bank, AENB American Express National Bank, AENB Document# 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/06/2025 | Review: Proof of Claim 25-50159-KMS American Express National Bank Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/06/2025 | Review: Proof of Claim 25-50159-KMS American Express National Bank Document # 5 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/06/2025 | Review: Proof of Claim 25-50159-KMS American Express National Bank Document # Amended 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/06/2025 | Review: Proof of Claim 25-50159-KMS SOUTHERN BANCORP Document # 7 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/06/2025 | Review: 25-50159-KMS Objection to Confirmation of the Plan Document# 29 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/06/2025 | Amend Plan - update arrears for Pennymac. Correct collateral for Southern Bancorp, correct treatment to southern bancorp. Calculate plan payment | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/06/2025 | Review: 25-50159-KMS Order Rescheduling 341 Meeting, Extending Deadline File Objection to Confirmation, and Resetting Confirmation Hearing Document# 31 | 0.20 | $360.00 | $72.00 |
| Service | JC | 03/06/2025 | Prepared Order Resetting 341 for upload to CertificateofService.com. | 0.10 | $0.00 | $0.00 |
| Service | JC | 03/06/2025 | Reviewed Declaration of Mailing Order Resetting 341; prepared for | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | filing with the Court. | | | |
| Service | KR | 03/07/2025 | Incoming Call: Telephone conference with debtor's contact about the scheduled payment; she will be making a partial payment through TFS or mailing it today; verified the mailing address for the Trustee and provided assistance on payments through TFS | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/10/2025 | Review: Proof of Claim 25-50159-KMS American Honda Finance Corporation Document # 8 | 0.20 | $360.00 | $72.00 |
| Service | CO | 03/10/2025 | Call Debtor: Phone conference with debtor to follow up on the taxes needed to forward to trustee. Debtor state he has not filed them yet as he needs to get important documents in a truck that is located in Memphis. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/10/2025 | Incoming Call: Debtor called to inform us of TFS payment situation, informed her to maybe try calling bank to confirm payment amount so it wouldn't decline. Informed debtor of wage order and drafted email with wage order attached. | 0.20 | $100.00 | $20.00 |
| Service | CO | 03/11/2025 | Incoming Call: Phone conference with debtor's wife stating she could not make payments online and will be mailing a check to the trustee tomorrow morning. | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/13/2025 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if he's filed his 2023 tax. | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/13/2025 | Incoming Call: Phone conference with non filing spouse needing clarification on the debtor's plan payments. They stated they were confused about needing to make payments online simultaneously with the debtor's wage order. Reviewed Trustee's website for payment history. Advised debtor their first payment was due 30 days after their case was filed. Since the garnishment did not start deducting until after that period the debtor was responsible for making one direct payment to not fall behind. | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/17/2025 | Contact Debtor (Text/Email): Called debtor; no answer and no voicemail. | 0.10 | $100.00 | $10.00 |

|         |     |            |                                                                                                                                                                                                                                                |      |          |         |
| ------- | --- | ---------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---- | -------- | ------- |
|         |     |            | Drafted text to debtor requesting he provide an update on his taxes.                                                                                                                                                                           |      |          |         |
| Service | BB  | 03/17/2025 | Incoming Call: Phone conference with debtor confirming the address to send her plan payments.                                                                                                                                                  | 0.10 | $100.00  | $10.00  |
| Service | JAC | 03/20/2025 | Amend Plan - prepare final plan for ∆ to review and sign                                                                                                                                                                                       | 0.10 | $360.00  | $36.00  |
| Service | JC  | 03/21/2025 | Contact Debtor (Text/Email): Prepared Amended Plan for debtors' signatures; drafted e-mail via Clio e-sign to obtain debtors' signatures on same.                                                                                              | 0.10 | $155.00  | $15.50  |
| Service | JC  | 03/21/2025 | Reviewed Southern Bancorp's POC; drafted Notice of Modified Plan.                                                                                                                                                                              | 0.20 | $155.00  | $31.00  |
| Service | VM  | 03/24/2025 | Incoming Call: Debtor called to inform me of her attempts to pay monthly trustee payment and how she believes husband's Wage order has begun, said she will confirm with his employer.                                                         | 0.10 | $100.00  | $10.00  |
| Service | CO  | 03/24/2025 | Reviewed signed amended plan from debtor. Revised amended plan with all signatures in best case.                                                                                                                                               | 0.10 | $100.00  | $10.00  |
| Service | JC  | 03/25/2025 | Merged signed Amended Plan with Notice; drafted e-mail memo to JAC attaching same for her approval.                                                                                                                                            | 0.10 | $155.00  | $15.50  |
| Service | JAC | 03/25/2025 | review & approve drafted notice prepared by JC                                                                                                                                                                                                 | 0.10 | $360.00  | $36.00  |
| Service | JC  | 03/26/2025 | Reviewed memo from JAC regarding Notice of Modified Plan; converted Notice and Amended Plan to pdf and merged as one document; prepared same for upload to CertificateofService.com adding names and addresses for additional notice parties.  | 0.10 | $0.00    | $0.00   |
| Service | JC  | 03/27/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Amended Plan for filing with the Court; prepared Notice with Declaration for filing with the Court.                                                                    | 0.10 | $155.00  | $15.50  |
| Service | CO  | 03/31/2025 | Incoming Call: Phone conference with debtor and spouse regarding the debtor's employer not garnishing their checks and sending in plan payments. The debtor stated he has                                                                      | 0.30 | $100.00  | $30.00  |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | faxed and emailed the wage order to them and they are still not deducting. Debtor provided 4 contact numbers for his payroll department. The debtor's wanted to know the past due amount and a due date to get caught up. Drafted email to trustee case admin to find out the amount due and due date. |  |  |  |
| Service | JAC | 03/31/2025 | Review: 25-50159-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 36 | 0.10 | $0.00 | $0.00 |
| Service | CO | 03/31/2025 | Contact Debtor (Text/Email): Reviewed email from trustee admin; Drafted email to debtor with the information their past due amount and payment due dates. | 0.10 | $100.00 | $10.00 |
| Service | CO | 04/04/2025 | Incoming Call: Phone conference with non filing spouse stating the debtor's wage order has begun garnishing from his pay checks and inquired if we could void the check mailed to their trustee. Informed I would contact them regarding this. Non filing spouse also stated their taxes were complete but she was unable to send them so the debtor would email them to me this afternoon. | 0.10 | $100.00 | $10.00 |
| Service | CO | 04/04/2025 | Contact Debtor (Text/Email): Review: 25-50159-KMS Amended Order Upon Employer Directing Deductions from Pay; drafted email to debtor with order. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/04/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for Monday. | 0.10 | $100.00 | $10.00 |
| Service | CO | 04/04/2025 | Call Debtor: Phone conference with debtor stating I have not received his taxes and reminded him his meeting of creditors is Monday. He stated he would send them in the morning. | 0.10 | $100.00 | $10.00 |
| Service | CO | 04/07/2025 | Review and organize documents provided by debtor: Reviewed email from debtor with their 2023 taxes, uploaded to trustee portal and organized in client's file. | 0.20 | $100.00 | $20.00 |

Invoice # 7833 - 04/22/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 04/07/2025 | Incoming Call: Telephone conference with debtor about the 2023 taxes and an update on the payment they would like stopped; reviewed documents and tasks; informed debtor that we did receive the 2023 taxes and they were uploaded for the Trustee; also explained that CO has reached out to the Trustee's office about stopping the payment so no overdraft fees will be charged to their account | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/07/2025 | Call Debtor: Phone conference with debtor's spouse concerning the check mailed to the trustee. Gathered the check number, amount, date mailed and arrived. Informed debtor there was no guarantee we would be able to stop the check from being cashed. Drafted email to trustee administrator with the information provided by the debtor. | 0.20 | $100.00 | $20.00 |
| Service | TR | 04/07/2025 | Attend Reset Meeting of Creditors | 0.60 | $360.00 | $216.00 |
| Service | CO | 04/07/2025 | Contact Debtor (Text/Email): Reviewed email from trustee administrator stating they were not able to pull the personal check and return it to the debtors. Drafted text to debtor informing them they were not able to pull the check and it will be processed. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/18/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/18/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | JAC | 04/21/2025 | Review: 25-50159-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/21/2025 | Review: 25-50159-KMS Minute Entry (CHAP) Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/21/2025 | Began drafting 1st Application for Compensation; created draft invoice and gathered information to obtain cost of mailing estimate. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/21/2025 | Drafted 2nd Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/21/2025 | Reviewed current invoice and | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | completed drafting 1st Application for Compensation; drafted Notice, Affidavit, and proposed Order. | | | |
| Service | JC | 04/21/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A and proposed Order for his review. Drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$4,081.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/05/2024 | Credit Report | 1.00 | $45.00 | $45.00 |
| Expense | 02/05/2025 | Chapter 13 Filing Fee | 1.00 | $313.00 | $313.00 |
| Expense | 02/05/2025 | Credit Counseling | 1.00 | $20.00 | $20.00 |
| Expense | 02/26/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 02/27/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $23.94 | $23.94 |
| Expense | 03/06/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $17.60 | $17.60 |
| Expense | 03/26/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 04/21/2025 | Mailing Expense - Fee Application: Mailing Expense - 1st Fee Application Estimate | 1.00 | $35.53 | $35.53 |
| | | | **Expenses Subtotal** | | **$463.45** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 4.8 | $360.00 | $1,728.00 |
| Jennifer Curry Calvillo | Attorney | 1.0 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 1.8 | $360.00 | $648.00 |
| Shaton Andrews | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | Non-Attorney | 2.3 | $155.00 | $356.50 |
| Jacki Curry | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 0.9 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.3 | $100.00 | $30.00 |

Invoice # 7833 - 04/22/2025

| | | | | |
|---|---|---|---|---|
| Vanessa Martinez | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 0.4 | $155.00 | $62.00 |
| Breanne McDaniel | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 3.8 | $100.00 | $380.00 |
| Clara Ortega | Non-Attorney | 0.4 | $0.00 | $0.00 |
| Kirsten Raimey | Non-Attorney | 8.0 | $100.00 | $800.00 |
| Kirsten Raimey | Non-Attorney | 0.7 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 0.3 | $155.00 | $46.50 |
| | | | Subtotal | $4,544.45 |
| | | | Total | $4,544.45 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7833 | 05/22/2025 | $4,544.45 | $0.00 | $4,544.45 |
| | | | Outstanding Balance | $4,544.45 |
| | | | Total Amount Outstanding | $4,544.45 |

4/21/25, 1:24 PM                                                                                  Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?   `6`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?   `19`   parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

```
         By clicking on the 'Get Estimate' button below,
you (hereafter "User") agree to the following terms and
conditions. This quote is for estimation purposes and is not a
guarantee of cost for services. Quote is based on current
information from User about the mailing project requirements. It
does not constitute a review by BK Attorney Services, LLC for
pricing on the actual cost of mailing a particular project. Many
factors may or may not be known at the time of obtaining the
estimate.  Changes in addresses, changes in documents,
international mail costs and other factors all influence the
```

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|                          |                                                       |       |
|--------------------------|-------------------------------------------------------|-------|
|                          | 57                                                    |       |
| Date and Time:           | Mon Apr 21 2025 13:24:18 GMT-0500 (Central Daylight Time) |   |
| Total Pages to Print:    | 114                                                   |       |
| Sheets Per Envelope      | 3                                                     |       |
| First Class Postage Rate | $ 0.73                                                |       |
| Print Rate:              | $ 0.19                                                |       |
| Printing Cost:           | $                                                     | 21.66 |
| Postage Cost:            | $                                                     | 13.87 |
| Total Cost:              | $                                                     | 35.53 |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED