**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Boris Lynn Vaughn, Debtor                           Case No. 25-50159-KMS
                                                             **CHAPTER 13**

**ORDER GRANTING FIRST APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES
FOR THOMAS C. ROLLINS, JR.**

THIS CAUSE having come on for consideration of the First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK #_____] (the "Application") filed herein by counsel for the Debtor, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that Thomas C. Rollins, Jr. is awarded Attorney's amount of $4,081.00 and expenses in the amount of $463.45 for a total of $4,544.45. The Debtors herein paid a $3,050.00 advance payment retainer which should be applied to fees awarded pursuant to this application. Trustee shall disburse the remaining $1,494.45 to Thomas C. Rollins, Jr. as an administrative expense. The Trustee may adjust the wage order as necessary. The fee awards approved herein are approved on an interim basis, subject to a final fee application at the conclusion of this case, when all fees, including those awarded on an interim basis, shall be subject to final review.

##END OF ORDER##

SUBMITTED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533