# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
    **BORIS LYNN VAUGHN**                                       **CASE NO. 25-50159-KMS**

    **DEBTOR.**                                                              **CHAPTER 13**

**To:**     Thomas Carl Rollins, Jr, Esq
            trollins@therollinsfirm.com

### Notice of Deficiency

On April 23, 2025, a First Application for Compensation (Dkt. #40) was filed by you, on behalf of Thomas Carl Rollins Jr, Esq. in the above-styled case.

**YOU ARE HEREBY NOTIFIED** that the attached proposed order is deficient for the following reason(s):

- Incorrect top margin (3-inch top margin required) and Docket # for related matter not included.

**YOU ARE FURTHER NOTIFIED** that failure to submit a proposed order, with the above corrections, on or before June 11, 2025, may result in an order dismissing the above-mentioned pleading without further notice or hearing.

Date: May 28, 2025                                         **Danny L. Miller, Clerk of Court**
                                                                         Dan M. Russell, Jr. U. S. Courthouse
                                                                         2012 15th Street, Suite 244
                                                                         Gulfport, MS 39501
                                                                         228-563-1790