# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50159   **Case Name:** Boris Lynn Vaughn
**Set:** 05/27/2025 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson
**matter:** Confirmation Hearing

Objection to Confirmation filed by Southern Bancorp Bank (<u>Dkt. #29</u>) - AGREED ORDER TO BE SUBMITTED BY RAWLINGS; CALLED IN BY RAWLINGS' OFFICE

Minute Entry Re: (related document(s): [31] Confirmation Hearing) Rawlings to submit an Agreed Order on the Objection filed by Southern Bancorp Bank [29]. Order due by 06/10/2025. Confirmation hearing removed. (mcc)

EXTENDED TO 6/24/25 (CC 6/10/25)