United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50159-KMS
Boris Lynn Vaughn  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jul 01, 2025 | Form ID: n031 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Boris Lynn Vaughn, 99 Everglades, Hattiesburg, MS 39402-9610 |
| 5473395 | + | Jacob C Zweig, Esq., Evans Petree PC, For: TD Auto Finance LLC, 1715 Aaron Brenner Drive Suite 800, Memphis, TN 38120-1445 |
| 5470951 | + | PennyMac Loan, Po Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 01 2025 20:02:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: bncnoticing@evanspetree.com | Jul 01 2025 20:02:00 | TD Bank, N.A., successor in interest to TD Auto Fi, 1715 Aaron Brenner Dr., Suite 800, Memphis, TN 38120, UNITED STATES 38120-1445 |
| 5470947 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 01 2025 20:02:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168008, Irving, TX 75016 |
| 5475079 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 01 2025 20:02:00 | American Honda Finance Corporation, P.O. Box 168088, Irving, TX 75016-8088 |
| 5470946 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 01 2025 20:08:35 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 5473511 | + | Email/Text: bkfilings@zwickerpc.com | Jul 01 2025 20:02:00 | American Express National Bank, AENB, c/o Zwicker & Associates, P.C., P.O. Box 9043, Andover, MA 01810-0943 |
| 5470948 | + | Email/PDF: bncnotices@becket-lee.com | Jul 01 2025 20:08:35 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5470949 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2025 20:08:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5470950 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2025 20:08:36 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5477967 | + | Email/Text: msecf@ms.creditorlawyers.com | Jul 01 2025 20:02:00 | Kimberly D. Putnam, Dean Morris, LLC, For PennyMac Loan Services, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5497501 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2025 20:08:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5497882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2025 20:08:35 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5481266 | + | Email/PDF: ebnotices@pnmac.com | Jul 01 2025 20:08:28 | PennyMac Loan Services, LLC, PO BOX 2410, Moorpark, CA 93020-2410 |
| 5471976 | + | Email/Text: bkinfo@ccfi.com | Jul 01 2025 20:02:00 | SCIL, Inc., 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5479808 | + | Email/Text: dmanning@banksouthern.com | Jul 01 2025 20:02:00 | Southern Bancorp Bank, 601 Main Street ATTN: |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2025 | Form ID: n031 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | Debbie Manning, Arkadelphia, AR 71923-6037 |
| 5470952 | + Email/Text: bkinfo@ccfi.com | | Jul 01 2025 20:02:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5470953 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Jul 01 2025 20:08:28 | Synchrony, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5473247 | + Email/Text: jaxbanko@td.com | | Jul 01 2025 20:02:00 | TD Bank, N.A., c/o Jacob Zweig, Esq., 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 5470954 | + Email/Text: jaxbanko@td.com | | Jul 01 2025 20:02:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Southern Bancorp Bank |
| cr | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jacob C Zweig | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, mstevens@evanspetree.com |
| Jeff D. Rawlings | on behalf of Creditor Southern Bancorp Bank Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Boris Lynn Vaughn jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Boris Lynn Vaughn trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-6 User: mssbad Page 3 of 3
Date Rcvd: Jul 01, 2025 Form ID: n031 Total Noticed: 22

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 25−50159−KMS
Chapter: 13

**In re:**

Boris Lynn Vaughn
99 Everglades
Hattiesburg, MS 39402

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 1, 2025 (Dkt. # 50 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 1, 2025                                              Danny L. Miller, Clerk of Court