_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                      CHAPTER 13 PROCEEDING
  BORIS LYNN VAUGHN                            25-50159 KMS
  99 Everglades
  Hattiesburg, MS  39402                        SSN:  XXX-XX-4949

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  ARROW LOGISTICS
  attn: Payroll Dept
  2401 FOUNTAIN VIEW DRIVE STE 420
  HOUSTON, TX  77057

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net