**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Boris Lynn Vaughn, Debtor                Case No. 25-50159-KMS
                                                              **CHAPTER 13**

## NOTICE

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: April 16, 2026            Signature:   /s/ Thomas C. Rollins, Jr.
                                                     Thomas C. Rollins, Jr. (MSBN 103469)
                                                     Jennifer Ann Curry Calvillo (MSBN 104367)
                                                     The Rollins Law Firm, PLLC
                                                     P.O Box 13767
                                                     Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Boris Lynn Vaughn, Debtor                     Case No. 25-50159-KMS
                                                                              **CHAPTER 13**

**MOTION TO ALLOW PAYMENT ARREARAGE**

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments.

3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in May 2026.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on April 16, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BORIS LYNN VAUGHN

CASE NO: 25-50159-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/17/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BORIS LYNN VAUGHN

CASE NO: 25-50159-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/17/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/17/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-50159-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
FRI APR 17 11-47-45 PST 2026

AMERICAN EXPRESS NATIONAL BANK
CO ZWICKER  ASSOCIATES  PC
80 MINUTEMAN ROAD
PO BOX 9043
ANDOVER  MA 01810-0943

EXCLUDE

(U)PENNYMAC LOAN SERVICES LLC

PENNYMAC LOAN SERVICES  LLC
PO BOX 2410
MOORPARK  CA 93020-2410

EXCLUDE

(U)SOUTHERN BANCORP BANK

TD BANK  NA  SUCCESSOR IN INTEREST TO TD A
1715 AARON BRENNER DR  SUITE 800
MEMPHIS  TN 38120-1445

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AIDVANTAGE
ATTN BANKRUPTCY
PO BOX 300001
GREENVILLE  TX 75403-3001

AMERICAN EXPRESS NATIONAL BANK  AENB
CO ZWICKER  ASSOCIATES  PC
PO BOX 9043
ANDOVER  MA 01810-0943

(P)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

EXCLUDE

(D)(P)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

AMEX
PO BOX 981535
EL PASO  TX 79998-1535

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CITI CARD
PO BOX 790040
ST LOUIS  MO 63179-0040

JACOB C ZWEIG  ESQ
EVANS PETREE PC
FOR TD AUTO FINANCE LLC
1715 AARON BRENNER DRIVE SUITE 800
MEMPHIS  TN 38120-1445

KIMBERLY D PUTNAM
DEAN MORRIS  LLC
FOR PENNYMAC LOAN SERVICES  LLC
1820 AVENUE OF AMERICA
MONROE  LA 71201-4530

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

PENNYMAC LOAN
PO BOX 514387
LOS ANGELES  CA 90051-4387

(D)PENNYMAC LOAN SERVICES  LLC
PO BOX 2410
MOORPARK  CA 93020-2410

SCIL  INC
15 BULL STREET SUITE 200
SAVANNAH  GA 31401-2686

SOUTHERN BANCORP BANK
601 MAIN STREET    ATTN DEBBIE MANNING
ARKADELPHIA  AR 71923-6037

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

EXCLUDE

TD BANK  NA
CO JACOB ZWEIG  ESQ
1715 AARON BRENNER DRIVE  SUITE 800
MEMPHIS  TN 38120-1445

TD AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS  MI 48333-9223

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

BORIS LYNN VAUGHN
99 EVERGLADES
HATTIESBURG  MS 39402-9610

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM - PLLC
PO BOX 13767
JACKSON  MS 39236-3767