IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BORIS LYNN VAUGHN,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50159-KMS

DAVID RAWLINGS, TRUSTEE

**TRUSTEE'S MOTION TO**
**PAY SECURED CLAIM**

COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Motion to Pay the Secured Claim of American Honda Finance (A), and says:

1. That the Confirmed Plan provides for the payment of the amount owed on A's claim, which is secured by a 2021 Honda Civic (not a 910 vehicle). A Claim in the amount of $16,888.30 was filed.

2. That the subject vehicle has been wrecked and declared a total loss. The Trustee has received the insurance proceeds ($16,603.45) on the subject vehicle from Allstate Insurance Company, and A should release the vehicle's title to said insurance company upon payment of the Secured Claim, as set out herein.

3. That there is currently a balance due on said Secured Claim in the amount of $15,349.98 (plus 10% interest) remaining to be paid by the Trustee. The insurance proceeds are sufficient to pay the balance of this Secured Claim in full. The Trustee seeks Court approval to pay the unpaid balance of this Secured Claim from the insurance proceeds, plus interest, all in accord with regular Plan receipts.

4. That if the Debtor fails to file a motion, within 30 days of the entry of an Order approving this Motion, to specify how any excess insurance proceeds are to be used, the Plan should be modified to apply the remaining balance of the insurance proceeds to increase the amount paid to the unsecured creditors.

5. That the Plan should be amended/modified in accord with the foregoing.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays relief as set out herein. Further, the Trustee prays for such other relief, either general or specific, as to which this Court may deem meet and proper.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY: *__/s/Samuel J. Duncan__*
Samuel J. Duncan,
His Attorney

Samuel J. Duncan
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 6234

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this day forwarded, via the Court's ecf filing system, a true and correct copy of the foregoing Motion to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; TC Rollins; and by US Mail, 1st Class, fully prepaid to: American Honda Finance Corp., PO Box 168088, Irving, TX 75016.

So certified on this the 17th day of September, 2026.

*__/s/Samuel J. Duncan__*
Samuel J. Duncan