IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BORIS LYNN VAUGHN,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50159-KMS

DAVID RAWLINGS, TRUSTEE

**NOTICE**

TAKE NOTICE that Objections, if any, to the Trustee's Motion to Pay Secured Claim (Docket No. 72), as set out therein, must be made within twenty-one (21) days of the date hereinafter set out, with the original of said Objection being filed with the Clerk of the United States Bankruptcy Court, 2012 15th Street, Gulfport, MS 39501, with a copy to the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201, and to Samuel J. Duncan, Post Office Box 566, 1210 West Pine Street, Hattiesburg, MS 39403.

If no Objection is made to said Motion, the same will be submitted to the Court for *Ex Parte* review and approval.

This the 17th day of September, 2026.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY: *__/s/Samuel J. Duncan__*
Samuel J. Duncan,
His Attorney

Samuel J. Duncan
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 6234

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this day forwarded, via the Court's ecf filing system, a true and correct copy of the foregoing Notice to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; TC Rollins; and by US Mail, 1st Class, fully prepaid to: American Honda Finance Corp., PO Box 168088, Irving, TX 75016.

So certified on this the 17th day of September, 2026.

*/s/Samuel J. Duncan*
Samuel J. Duncan