**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Boris Lynn Vaughn, Debtor** **Case No. 25-50159-KMS**
**CHAPTER 13**

**ORDER MODIFYING CHAPTER 13 PLAN**

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor shall surrender the 2021 Honda Civic Hatchback to the Creditor, American Honda Finance Corporation. Trustee shall disburse to American Honda Finance Corporation the amount necessary to satisfy its lien and shall cease further payments to Creditor related to the Vehicle. American Honda Finance Corporation shall transfer title of the Vehicle to Allstate Insurance Company. If any funds remain after the Vehicle is paid off, they shall be applied toward the bankruptcy payments. The bankruptcy plan payments shall be reduced to the amount necessary to cease ongoing distributions to American Honda Finance Corporation and to continue to pay the priority and secured claims as ordered in the confirmed Plan. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR