**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BORIS LYNN VAUGHN,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50159-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S**
**MOTION TO PAY SECURED CLAIM**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Pay the Secured Claim of American Honda Finance Corp. (A) (Docket No. 72), and the Court finds that no Objections/Responses have been filed, and that the Court further finds the Trustee's Motion should be granted, and he should disburse the insurance proceeds on the A Secured Claim in accord with this Order.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee shall disburse, in accord with regular Plan receipts, from the insurance proceeds ($16,603.45) on the 2021 Honda Civic, the balance of the subject Secured Claim, which is currently $15,349.98, plus any applicable interest at 10%, and upon the receipt of said funds, the title to the subject vehicle shall be released to Allstate Insurance Company.

IT IS, FURTHER, ORDERED AND ADJUDGED that if the Debtor fails to file a motion, within 30 days of the entry of this Order, to specify how any excess insurance proceeds are to be used, the Plan is modified to apply the remaining balance of the insurance proceeds to increase the amount paid to the unsecured creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Plan is so modified.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net